# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-4662

—————————————————

JASON COLLINS,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

—————————————————

Petition for Belated Appeal—Original Jurisdiction.

October 28, 2019

PER CURIAM.

The petition for belated appeal is denied on the merits.

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Jason Collins, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.